IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMIE M. SMITH                                                                                  PLAINTIFF

               v.                           Civil No. 04-4133

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## **JUDGMENT**

On this 6th day of January, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Greg Giles, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $3,025.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                      /s/ Bobby E. Shepherd
                                                                      HONORABLE BOBBY E. SHEPHERD
                                                                      UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)